UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:05-0619 |
| | ) Judge Echols |
| ACTION NISSAN, INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, "Plaintiff's Motion to Dismiss Defendant's Counterclaim" (Docket Entry No. 19) is hereby DENIED. This case is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE